**Electronically Filed
Supreme Court
SCWC-23-0000389
27-JUL-2026
10:53 AM
Dkt. 59 ODAC**

SCWC-23-0000389

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

JAMES YEE MARN, JR., as a limited partner of McCULLY ASSOCIATES,
a Hawaiʻi registered limited partnership, for and on behalf of
McCULLY ASSOCIATES and its limited partners,
Respondent/Plaintiff-Appellee,

v.

McCULLY ASSOCIATES, a Hawaiʻi registered limited partnership;
ALA WAI INVESTMENT, INC., a Hawaiʻi corporation,
as general partner of McCULLY ASSOCIATES, and
ERIC Y. MARN, individually and as officer and agent for
ALA WAI INVESTMENT, INC.,
Respondents/Defendants-Appellees,

and

ALEXANDER Y. MARN, individually
and as officer and agent for ALA WAI INVESTMENT, INC.,
Petitioner/Defendant-Appellant.
(CAAP-23-0000389; CASE NO. 1CC980005371)

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, J.,
Circuit Judge Morikone, in place of Devens, C.J., recused,
Circuit Judge Kimura, in place of Ginoza, J., recused,
and Circuit Judge Costa, assigned by reason of vacancy)


Petitioner Alexander Y. Marn's Applications for Writ

of Certiorari, filed on June 16, 2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 27, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Kevin T. Morikone

/s/ Jordan J. Kimura

/s/ Brian A. Costa

